West Mead Township Appeal.

Argued April 16, 1963. Before Bell, C. J., Mus-
manno, Jones, Cohen, Eagen, O'Brien and Roberts,
JJ.

*R. Charles Thomas*, with him *F. Joseph Thomas*,
for appellant.

*John V. Pepicelli*, City Solicitor, for City of Mead-
ville, appellee.

Opinion Per Curiam, June 4, 1963:

In accordance with the Act of July 20, 1953, P. L.
550, §1 et seq., 53 P.S. §67501 et seq., the court below
determined that the annexation of certain lands in
West Mead Township, Crawford County, to the City of
Meadville was in the public interest. This appeal from
the order affirming the annexation questions the cor-
rectness of this determination.

The scope of our review in this matter is limited to
ascertaining whether there is any evidence to support
the lower court's finding that the annexation is in the
public interest, and hence we are not permitted to
substitute our judgment for that of the court below in
the absence of a showing of an abuse of discretion.
*West Conshohocken Borough Appeal*, 405 Pa. 150, 173
A. 2d 461 (1961).

96

After carefully reviewing the record, we find that there is ample evidence to support the determination made below and hence the lower court did not abuse its discretion in concluding that this annexation is in the public interest.

Order affirmed.